ORIGINAL


**FILED**

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0575

_____

RIKKI HELD; LANDER B., by and through his
guardian Sara Busse; BADGE B., by and through
his guardian Sara Busse; SARIEL SANDOVAL;
KIAN T., by and through his guardian Todd
Tanner; GEORGIANNA FISCHER; KATHRYN
GRACE GIBSON-SNYDER; EVA L., by and
through her guardian Mark Lighthiser; MIKA K.,
by and through his guardian Rachel Kantor;
OLIVIA VESOVICH; JEFFREY K., by and
through his guardian Laura King; NATHANIEL
K., by and through his guardian Laura King;
CLAIRE VLASES; RUBY D., by and through her
guardian Shane Doyle; LILIAN D., by and through
her guardian Shane Doyle; TALEAH
HERNÁNDEZ,

     Plaintiffs and Appellees,

  v.

STATE OF MONTANA, GOVERNOR GREG
GIANFORTE, MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY, MONTANA
DEPARTMENT OF NATURAL RESOURCES
AND CONSERVATION, and MONTANA
DEPARTMENT OF TRANSPORTATION,

    Defendants and Appellants.

_____

ORDER



FILED

MAR 2 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Joshua Dulberg, of Boston, Massachusetts, has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel

listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the first appearance of Petitioner's firm under the pro hac vice rules,

IT IS HEREBY ORDERED that the application of Joshua Dulberg to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Joshua Dulberg, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 26th day of March 2024.

For the Court,

By _____
               Justice